# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway; Albany, NY. 12207-2936 •

**Unified United States Common Law Grand Jury;**[1]     **Sureties of the Peace**[2]
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977;

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY,

FILED
Clerk
District Court

## INFORMATION
Copy filed in all 94 Federal District Courts

OCT 13 2016

for the Northern Mariana Islands
By_____
    (Deputy Clerk)

| | |
|---|---|
| Common Law Grand Jury<br><br>We the People<br><br>Notified & Ordered, for Action<br><br>Chief Judge Ramona V. Manglona, et al<br>Respondents | Jurisdiction: Court of Record, under the rules of Common Law[3]<br><br>Case NO: MC 16-00034<br>Magistrate:<br><br>**NOTICE OF UNANIMOUS RESOLUTION**<br><br>**WRIT MANDAMUS ORDER TO OBEY** |

**RE:**     Notice of Unanimous Resolutions of We the People represented in all Fifty States.

The Purpose of this Information is to make clear We the People's position and intentions concerning subversion against the United States of America through a conspiracy to initiate martial law to overthrow our Constitutional Republic.

---

[1] **The UUSCLGJ** is comprised of fifty Grand Jurys each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] **SURETIES OF THE PEACE:** If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government we will immediately grant full justice therein. - Magna Carta Paragraph 52.

[3] "**A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial". Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

https://www.nationallibertyalliance.org/jury (*for more information*)     PAGE 1 OF 5

**SERVED BY US MAIL:** et al - Fifty State Governors, US Congress, US Senate, Joint Chief of Staff and all Federal Judges.

**SERVED BY FAX:** Fifty State Legislatures [*both houses*], all State Judges, Eight Thousand+ Media outlets [*tv and newspapers*]

**SERVED BY EMAIL & FAX:** Three Thousand One Hundred Ninety Four County Sheriffs

> "*Silence can only be equated with fraud where there is a legal or moral duty to speak* [or act], *or where an inquiry left unanswered would be intentionally misleading...*" U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

Federal Emergency Management Agency (FEMA) has engaged a national "readiness exercise" under the code name of REX 84 which calls for the suspension of the Constitution and the turning of complete control of all local governments over to FEMA while using UN troops to keep **foreign law and order** during a National Emergency under martial law, by force at the end of a barrel of a gun. As Ron Paul said; "*They will come with guns to take our guns.*"

FEMA's plan leaves out the most important part of rebuilding America, 𝔚e the 𝔓eople and Free and Independent Local Governments! The end-result of REX 84 is a NWO America without our 1789 Constitution.

All participants of REX 84 would be in violation of **18 USC § 2384 - Seditious conspiracy** – "*If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to <u>overthrow</u>, <u>put down</u>, or to <u>destroy by force</u> the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or <u>delay the execution of any law of the United States</u>, or by force to seize, take, or possess any property of the United States contrary to the authority thereof,...*"

**Article I, Section 8, Clause 15** "*...provides for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions*". We the People have not empowered Congress to call forth UN Troops.

• Martial law destroys by force the Government of the United States, • Martial law destroys our Republican form of government, • Martial law levies war against all three branches of government, • Martial law opposes by force the very authority of government which is We the People, • Martial law prevents government by consent, • Martial law prevents the execution of all the laws of the United States, • Martial law would be invasion by UN Troops against which We the People, through our Sheriffs. will call forth the militia to suppress such an invasion and arrest all servants who aid and abet the invasion. Martial law does not execute the laws of the union!

**TAKE JUDICIAL KNOWLEDGE**[4] **18 U.S. Code §1385** - *Use of Army and Air Force as posse comitatus on American soil is forbidden*. How much more foreign troops?

In cases necessary to provide for the need to execute the Laws of the Union which would be necessary during a national emergency, We the People have already "Ordained" a course of action in the calling forth of the militia, We the People are the militia.

> *"The Congress shall have power to provide for calling forth the militia to execute the laws of the union...;"* Article I, Section 8, Paragraph 15.

We the People gave no authority to our servants to call forth <u>foreign troops</u> to execute the laws of the union, of which they have no knowledge, during the course of a national emergency.

We the People gave no authority to our servants to call for martial law, which would be the law at the end of a barrel of a gun (Mao). We the People find REX 84 and all these unlawful administrative directives fueling subversion which is repugnant to the Constitution for the United States of America. This is an act of WAR against We the People.

This will not stand. Any servant elected or appointed that actively supports by vote or action the abominable execution of martial law on American soil will be judged, when all things are said and done, in a court of justice, and will pay the ultimate penalty under the Common Law of the Land.

We the People through the Unified United States Common Law Grand Jury [6000 plus or minus jurists] and We the People through the Committees of Safety forming across America [115 plus committees and building] are resolute in that during a national disaster it is:

**RESOLVED**   All city police, town police, village police and state police are subservient to the Sheriff.

**RESOLVED**   The County Sheriff is to notify all police enforcement operating within his jurisdiction that he is taking 100% control of the security of the County and all law enforcement is to report to the Sheriff as per the Sheriffs protocol(s).

**RESOLVED**   The County Sheriff is to exercise "Posse Comitatus" during an emergency as he deems necessary.

**RESOLVED** The County Sheriff is not to share or relinquish said control to any federal or state agency.

**RESOLVED** Martial law is the imposition of the highest-ranking military officer as the military governor or as the head, of the government thus removing all power from the previous executive, legislative and judicial branches of government in violation of United States Constitution Article IV, Section 4, guaranteeing to every state in this union a Republican form of government, and

---

[4] **JUDICIAL KNOWLEDGE:** Knowledge of that which is so notorious that everybody, including judges, knows it, and hence need not be proved. Ex parte Ferguson, 112 Tex.Cr.R. 152, 15 S.W.2d 650, 652.
  https://www.nationallibertyalliance.org/jury (*for more information*)                                            PAGE 3 OF 5

protection against invasion [United Nation Foreign Troops], thereby <u>An Act of War</u> against We the People. All participants of such an act will be tried for treason.

**RESOLVED** We the People, in order to prevent an overthrow of our government, delegated powers to only three branches of government under the Constitution; see Articles I, II, and III, not the military, nor can delegated powers to elected servants be legislated or given away to another entity.

**RESOLVED** In order to prevent a military coup, We the People reserve the right to defend ourselves against insurrections and to repel invasions. We the People are the Militia.

**RESOLVED** Any attempt by Congress or the Executive Branch to use foreign or domestic military forces against We the People to bring us under martial law is an act of treason and war against We the People. We the People will be dependent upon the Sheriffs within our counties to secure the peace by any means necessary, seeing that congress and our Governors have been negligent in providing for the militia.

**RESOLVED** In times of emergency, the <u>ONLY</u> Constitutional Authority to keep the peace during an invasion is posse comitatus under the II Amendment whereas our Sheriff is to summon We the People of the counties to secure the peace. Federal agents and foreign troops on State soil would be repugnant to our Constitution, an act of WAR.

**RESOLVED** All elected officials and law enforcement are to be on guard against tyrants who are anxious to seize upon a national emergency in order to bring in martial law and destroy America.

**RESOLVED** President of the United States, United States Congress, United States District Courts and Supreme Court of the United States shall obey the Law of the Land; and keep their oaths to preserve, protect and defend the Constitution for the United States of America. Fiction of law and executive orders are not the "Law of the Land".

**RESOLVED** "*All laws, rules and practices which are repugnant to the Constitution are null and void,*" Marbury v. Madison, 5th US (2 Cranch) 137, 180

**RESOLVED** All Sheriffs in a state of Emergency shall perform their sworn duty to preserve, protect and defend the Constitution for the United States of America and protect We the People of the county, our private property and all the assets of the county. The Sheriff alone is responsible to maintain Law and Order in the county and to work with other County Sheriffs across the state and the nation to do the same. If the Sheriff permits the suspension of the US Constitution in his county, Liberty will be lost forever and he too then wars against the People and will be tried for treason.

**RESOLVED** News media Editors, under penalty of law, are ordered to perform their 1st Amendment duty and REPORT or PRINT a copy of this "Information" for We the People. Failure to do so, seeing they have a duty to inform, will be considered aiding & abetting the enemy.

**RESOLVED** Local Government is the closest to the people and the most capable to respond to and serve We the People during a national disaster. Therefore, Local Government control shall not be relinquished to any state or federal authorities. We the People working with and through our local government are the authority and understand the needs of the People.

**RESOLVED** Local emergency services during a National Disaster are to proceed according to existing protocols.

**RESOLVED** When necessary, additional volunteers shall be trained to handle projected emergencies during a national disaster.

**RESOLVED** The Fifth Amendment common law grand jury shall continue to operate and consider indictments concerning all criminal charges.

**RESOLVED** The Sixth Amendment common law trial by jury shall continue to operate.

**RESOLVED** Each town is to provide for the receiving of the People for the filling of voluntary work positions with town, county and local businesses in order to provide, water, food, services, electricity, security etc.

**RESOLVED** Each town is to have weekly town meetings at venues large enough to accommodate all the People (outside venues if necessary) in order to communicate to We the People the state of the town and county and openly discuss problems and solutions.

We the People, on September 23, 2016 through the Unified United States Common Law Grand Jury and 115 plus County Committees of Safety unanimously pass the aforesaid numerated resolutions and therefore so order our servant governments to obey the Constitution and thereby comply with these Resolutions, or face the wrath of Justice.

DATED: September 21, 2016

SEAL

_____
Grand Jury Foreman